IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**KAITLYN CALAWAY, a minor,**
**by Natural Mother and Next Friend,**
**KATHLEEN CALAWAY,**

      **Plaintiff,**

v.                                                Case 2:02-cv-02715-STA-cgc

**JODI SCHUCKER, M.D.,**

      **Defendant.**

**ORDER ON MOTION TO CLARIFY THE COURT'S RULING ON DEFENDANT'S**
**MOTION IN LIMINE #5 TO PRECLUDE TESTIMONY CONCERNING GENDER OR**
**RACIAL DISCRIMINATION ENCOUNTERED BY HELEN BARNES, M.D.**

      Before the Court is Defendants's Motion to Clarify the Court's Ruling on Defendant's Motion in Limine #5 to Preclude Testimony Concerning Gender or Racial Discrimination Encountered by Helen Barnes, M.D. (Docket Entry "D.E. #409). Upon review, Plaintiff's expert, Helen Barnes, M.D., will not be permitted to testify as to the specifics of the difficulties that she faced during her career due to her race and gender, as set forth in detail in Defendant's Motion in Limine #5 (D.E. #276). Thus, to this extent, Defendants' Motion is GRANTED. However, Plaintiff's Expert shall be permitted to testify as to her general education and background, including that she attended the University of Mississippi during certain times.

      **IT IS SO ORDERED** this 25th day of March, 2012.

s/ Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE